

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHAMBERS COPY

E-FILED

MAR 2 5 2019

Document #

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

WADDELL & REED, INC.,

        Petitioner,

    v.

WILLIAM FERRELL ALBIN,

        Respondent.

Case No. 2:18-cv-09777-PSG-E

[~~PROPOSED~~] JUDGMENT

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Petitioner Waddell & Reed, Inc.'s ("Petitioner") Motion to Confirm Arbitration Award (the "Motion") against respondent William Ferrell Albin ("Respondent") ~~came on for hearing on March 18, 2019 at 1:30 p.m. in Department 6A of the above-captioned Court. Appearances were as noted on the record~~.

Upon having read and considered the papers filed in support of and in opposition to the Motion, ~~and having heard and considered the oral argument of counsel~~, and good cause appearing, **IT IS ORDERED AND ADJUDGED** that:

1. The Arbitration Award attached as Exhibit E to Petitioner's Notice of Lodgment is hereby confirmed;

2. The Court enters judgment upon the Arbitration Award in favor of Petitioner and against Respondent in the amounts of $308,435.19 in damages and interest, and $54,786.00 in attorneys' fees; and

3. ~~The Court awards Petitioner its reasonable attorneys' fees in connection with the original Petition and the Motion in the amount of $8,415.00.~~

**SUCH JUDGMENT IS ENTERED**.

Dated: **3/25/19**

United States District Court Judge

Respectfully Submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Kazim A. Naqvi*
Attorneys for Petitioner Waddell & Reed, Inc.

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386